No. 487. ELLAINE TZANES *v.* PENNSYLVANIA (CITY OF JEANNETTE). February 15, 1943. Petition for writs of certiorari to the Superior Court of Pennsylvania granted. *Mr. Hayden C. Covington* for petitioners. *Mr. Fred B. Trescher* for respondent.

No. 450. DOUGLAS ET AL. *v.* CITY OF JEANNETTE (PENNSYLVANIA) ET AL. February 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Hayden C. Covington* for petitioners. *Mr. Fred B. Trescher* for respondents.

No. 589. BOWLES *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Osmond K. Fraenkel* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost, Andrew F. Oehmann,* and *W. Marvin Smith* for the United States.

No. 593. DIRECT SALES Co. *v.* UNITED STATES. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Edwin J. Culligan* and *William B. Mahoney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Robert S. Erdahl* and *W. Marvin Smith* for the United States.

No. 675. DETROIT EDISON Co. *v.* COMMISSIONER OF INTERNAL REVENUE. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth